**Electronically Filed
Supreme Court
SCPW-19-0000541
06-AUG-2019
12:10 PM**

SCPW-19-0000541

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Petitioner,

vs.

THE HONORABLE ROBERT D.S. KIM, Judge of the Circuit Court of the
Third Circuit, State of Hawaiʻi, Respondent Judge,

and

JAMIE JASON; MALIA KAALANEO LAJALA; KRYSTLE LYNN FERREIRA; JORGE
ALLEN PAGAN-TORRES, Respondents.

ORIGINAL PROCEEDING
(CASE NO. 3CPC-18-0000639)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner State of Hawaiʻi's

petition for writ of mandamus, filed on July 29, 2019, the

documents attached thereto and submitted in support thereof, and

the record, it appears that petitioner is seeking the identical

relief in CAAP-19-0000462. Petitioner, therefore, is not

entitled to the requested extraordinary writ from this court.

See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999)

(a writ of mandamus is an extraordinary remedy that will not

issue unless, inter alia, the petitioner demonstrates a lack of

alternative means to redress adequately the alleged wrong or obtain the requested action; a writ of mandamus is not intended to serve as a legal remedy in lieu of normal appellate procedures).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, August 6, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael D. Wilson